# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| **DEERE & COMPANY,** a Delaware corporation, <br><br> PLAINTIFF, <br> v. <br><br> **FIMCO INC. dba SCHABEN INDUSTRIES,** an Iowa corporation, <br><br> DEFENDANT. | Case No. 5:15-cv-105-TBR <br><br><br> **MOTION TO DISMISS DEFENDANT'S COUNTERCLAIM III** |

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Plaintiff Deere & Company ("Deere") hereby moves to dismiss with prejudice the counterclaim for trademark invalidity, Counterclaim III, asserted by Defendant FIMCO, Inc. dba Schaben Industries. As set forth in the attached Memorandum in Support, Defendant's Counterclaim III fails as a matter of law because it does not allege facts that, if true, establish that Deere's trademark registrations are invalid or subject to cancellation on the ground of functionality.

As such, Defendant's Counterclaim III should be dismissed as a matter of law.

Dated: July 14, 2015

Respectfully submitted,

*/s/D. Craig York*
D. Craig York
DINSMORE & SHOHL LLP
101 South Fifth Street, Suite 2500
Louisville, Kentucky 40202
Telephone:  502-581-8037
Craig.York@dinsmore.com

*/s/Simon J. Frankel*
Simon J. Frankel (admitted *Pro hac vice*)
Rebecca A. Jacobs (admitted *Pro hac vice*)
COVINGTON & BURLING LLP
One Front Street
San Francisco, California 94111
Telephone:  415-591-7052
sfrankel@cov.com
rjacobs@cov.com

Attorneys for Plaintiff
DEERE & COMPANY